# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| **Catina Lynn Martell,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 3:24-cv-00068-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 28, 2024 Order.

May 28, 2024

Katherine Hord Simon, Clerk
United States District Court