IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:24-cv-00068-MR

| | |
|---|---|
| CATINA LYNN MARTELL, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on the Petitioner's filing of a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 [Doc. 8] and her payment of a $5 filing fee [July 10, 2024 Receipt].

The pro se Petitioner filed a § 2241 Petition in the instant case in January 2024. [Doc. 1]. The Petition was dismissed on initial review and the Petitioner was ordered to amend within 30 days. [Doc. 4]. The Petitioner failed to do so, and the Court dismissed the action without prejudice on May 28, 2024. [Docs. 6, 7].

The Petitioner subsequently filed a § 2241 Petition with Case No. 3:24-cv-68-MR in the caption and, accordingly, it was docketed as an Amended § 2241 Petition in the instant case on July 5, 2024. [Doc. 8]. On July 10, 2024, the Petitioner paid a new $5 filing fee. [July 10, 2024 Receipt].

It appears that the Petitioner intended to initiate a new § 2241 action, and that she included the instant case number in the Petition's caption in error. [See Doc. 8-1 at 1]. Accordingly, the Clerk will be instructed to open Docket Entry 8 as a § 2241 Petition in a new civil case, and to apply the $5 filing fee that was paid on July 10, 2024 to the new case.

**IT IS, THEREFORE, ORDERED** that the Clerk is instructed to open Docket Entry 8 as a § 2241 Petition in a new civil case, and to apply the $5 filing fee that was paid on July 10, 2024, to the new case.

**IT IS SO ORDERED**.

Signed: July 29, 2024

Martin Reidinger
Chief United States District Judge